

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| CHRISTOPHER THRASHER, | § | No. 08-24-00131-CR |
| Appellant, | § | Appeal from the |
| v. | § | 243rd District Court |
| STATE OF TEXAS, | § | of El Paso, Texas |
| Appellee. | § | (TC# 20220D03279) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED this 14th day of August 2025.

LISA J. SOTO, Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.